IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:06CV3097 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER DISMISSING |
| DAWN R. SMITH, ) | STATE OF NEBRASKA |
| UNIVERSAL ACCEPTANCE CORP., ) | |
| JOHN H. HAFERMANN, and STATE ) | |
| OF NEBRASKA ex rel. NEBRASKA ) | |
| DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, CHILD SUPPORT ) | |
| ENFORCEMENT, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Stipulation for Dismissal filed herein by Plaintiff United States of America and Defendant State of Nebraska ex rel. Nebraska Department of Health and Human Services, Child Support Enforcement. I find that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal (Filing No. 7) is approved, and the relief requested therein is granted;

2. The Defendant State of Nebraska ex rel. Nebraska Department of Health and Human Services, Child Support Enforcement is hereby dismissed without prejudice as a party defendant; and

3. The Clerk of the Court is directed to remove attorney Douglas D. Dexter from the electronic notification list in this case.

Dated this 28th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United Stated District Judge